# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**, <br><br> Plaintiff, <br><br> v. <br><br> **HCB Holdings, LLC,** a California Limited Liability Company; <br> **Robert Grahm,** Trustee of the Robert Grahm Trust Dated June 5, 1998; <br> **Varujan Panosian** DBA Sako's Mediterranean Cuisine, <br><br> Defendant. | **Case:** 2:15-CV-03277-BRO-FFM <br><br> **JUDGMENT** <br> (on Plaintiff's Motion for Attorney's Fees and Costs) |

Following the Court's ruling on August 19, 2016, the Court grants JUDGMENT in favor of plaintiff Shirley Lindsay and against defendants HCB Holdings, LLC, A Limited Liability Company, Robert Grahm, Trustee of the Robert Grahm Trust Dated June 5, 1998, and Varujan Panosian, DBA Sako's Mediterranean Cuisine, in the amount of $14,857.50 in fees and costs.

**IT IS HEREBY ORDERED**

Dated: September 29, 2016

　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE